

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION

| | |
|---|---|
| FINANCIAL FEDERAL CREDIT INC., | CASE NO. **4:CV 06-0041** |
| Plaintiff, | JUDGE: |
| vs. | AGREED JUDGMENT ORDER OF REPLEVIN |
| BENNERS' AMUSEMENTS, INC., KENNETH E. BENNER, AND SUSQUEHANNA VALLEY AMUSEMENTS, INC., | Document No. _____ |
| | Related to Document No. ___1___ |
| Defendants. | |

## AGREED JUDGMENT ORDER OF REPLEVIN

Plaintiff, FINANCIAL FEDERAL CREDIT, INC. ("FFCI") commenced this action against Defendants , BENNERS' AMUSEMENTS, INC., KENNETH E. BENNER, AND SUSQUEHANNA VALLEY AMUSEMENTS, INC. (collectively, "Defendants") to obtain possession of certain equipment including all attachments and accessories (the "Equipment") as follows:

| DESCRIPTION | SERIAL NUMBER / VIN # |
|---|---|
| Chance Sky Diver Amusement Ride, mounted on Two Trailers | 77-1265<br>77-10645; S614386 |
| San Antonio Merry-Go-Round Amusement Ride, mounted on Trailer | MG140<br>MG140 |
| Chance Yo-Yo Amusement Ride, mounted on Trailer | 74-3311<br>74-10512 |
| Chance Zipper Amusement Ride mounted on Trailer | 74-1880<br>74-10482 |
| 1989 Wells Cargo Pizza Trailer | 1WC200J29J1039591 |
| 1979 Wells Cargo Game Trailer With two (2) games | |
| 1985 Gross Cotton Candy Trailer | TR77641 |
| 1985 Otterbacher Game Trailer | AG0185908 |

FFCI also filed an Ex Parte Motion for Issuance of an Order of Seizure which Motion was granted and upon which this Court entered an *Order of Seizure*.

FFCI has posted a bond with the Court on the Order of Seizure.

The parties have resolved the Motion and this action in accordance with the terms set forth in this Order. The parties consent to the Court's entry of this Order.

IT IS, THEREFORE, ORDER, ADJUDGED AND DECREED:

(1)   FFCI is hereby granted possession of the Equipment.

(2)   The Court enters final judgment in favor of FFCI in the amount of One Hundred Twenty Four Thousand Dollars ($124,119.00) plus interest accrued after December 29, 2005 through the date hereof, plus attorney fees, expenses and costs, plus interest accruing hereafter at the contract rate hereafter.

(3)   As long as Defendants make payments in accordance with the Forbearance Agreement executed or to be executed by the Parties, then FFCI shall not request execution on this Order.

(4)   Defendants shall maintain insurance on the Equipment in an amount not less than the Judgment amount entered hereunder and FFCI shall be listed as a loss payee on all such insurance policies.

(5)   If Defendants fail to execute the Forbearance Agreement or otherwise default thereunder, including failure to make payments or to maintain insurance then FFCI shall give notice to of the default to Defendants and if Defendants fail to cure the default within 5 days after notice, then Defendants shall assemble and deliver the Equipment to a location designated by FFCI. If Defendants fail to deliver the Equipment within 5 days, then FFCI shall be entitled to request the United States Marshal to deliver possession of the Equipment to FFCI.

(6)     The Bond posted by FFCI is hereby released and relinquished to FFCI.

(7)     Defendants will pay any court costs in excess of the original deposit made by FFCI.

(8)     The Court shall retain jurisdiction to enforce the terms of this Order.

Dated:

_____J.
U.S. District Court Judge

**Consented to:**

Defendants:

_____
KENNETH BENNER

BENNERS' AMUSEMENTS, INC.,

By: _____
     Kenneth Benner, President

SUSQUEHANNA VALLEY AMUSEMENTS, INC.

By: _____

*Plaintiff Financial Federal Credit, Inc.*
By its Counsel:

TUCKER ARENSBERG, P.C.

By: *Beverly Weiss Manne*
Beverly Weiss Manne, Esquire
PA I.D. #34545
1500 One PPG Place
Pittsburgh, PA 15222
Telephone: (412) 594-5525
Fax: (412) 594-5619
Email: bmanne@tuckerlaw.com

BANK_FIN:270398-1 021212-126523

(6)  The Bond posted by FFCI is hereby released and relinquished to FFCI.

(7)  Defendants will pay any court costs in excess of the original deposit made by FFCI.

(8)  The Court shall retain jurisdiction to enforce the terms of this Order.

Dated: 4-4-06

_____ J.
U.S. District Court Judge

**Consented to:**

Defendants:

_____
KENNETH BENNER

BENNERS' AMUSEMENTS, INC.,

By: _____
Kenneth Benner, President

SUSQUEHANNA VALLEY AMUSEMENTS, INC.

By: _____

*Plaintiff Financial Federal Credit, Inc.*
By its Counsel:

TUCKER ARENSBERG, P.C.

By: *Beverly Weiss Manne*
Beverly Weiss Manne, Esquire
PA I.D. #34545
1500 One PPG Place
Pittsburgh, PA 15222
Telephone: (412) 594-5525
Fax: (412) 594-5619
Email: bmanne@tuckerlaw.com

BANK_PTN:270398-1 021212-126523